Name of All People bringing The suit
Plaintiffs] LARRY DON LANGS
PO Bx V, 12428-ATx,  78711
STATE CAPITOL Rm 251 & PO Bx 12548 Austin
Governor. Greg Abbott. = Attorney. Ken Paxton
TDCJ Director Stephen William. TDCJ Parole
Broad Head.

Case 4:16-cv-01333   Document 1   Filed in TXSD on 05/10/16   Page 1 of 6

[A]
Complant
Civil Action No
_____

United States District Court
Southern District of Texas
FILED
MAY 10 2016
David J. Bradley, Clerk of Court

## I Jurisdiction & Venue (B)

1) This is A Civil Action authorized by 42 U.S.C. Section 1983 to Redress the deprivation, under color of State Law, of Right secured by the Constitution of the United States, The courts has Jurisdiction under 28 USC, Section 1331 And 1343 (A)(3). Plaintiff seeks declaratory Relief Pursuant to 28 USC, Section 2201 And 2202. Plaintiffs Claims for Injunction Relief are authorized by 28 USC. Section 2283 & 2284 And Rule 65 of the federal Rules of Civil Procedure

2] The [Name of District you are filing your suit in] is an appropriate venue under 28 USC. Section 1391 (b)(2) because it is where the events giving Rise to this Claim Occurred = South District —

3) Plaintiff [your full Name] LARRY DON LANGS], is And was at ALL times mentioned herein A Prisoner of the State of [State] in the custody of the [State] Department of Corrections. He/she is Currently confined in [Polunsky Unit] in [City State Livingston Texas

## III Defendants [D]

4] Defendant [full Name of head of corrections department] is the [Director/ Commissioner] Name. Stephen William. He is Legally Responsible fo the overall operation of the Department and each institution under its Jurisdiction, including [Name of prison where plaintiffs are confine]. And due to this Law Suit. Their are Three more Denfendants, They are TEX Governor greg Abbott. Attorney General. Ken Paxton. And TDCJ Parole Head. Broad ~~member~~ members — * I Fill their is no need for the warden They are power * is the

5] Defendant, [wardens full Name] [Name of prison. Polunsky unit.] He is Legally [superintendent/warden] of [Name of Prison. Polunsky unit] And for Responsible for the operation of. [Name of prison Polunsky unit] the welfare of All the inmates in that prison.

6] Defendant [quote full name all worker of TDCJ] is A Correctional officer of the [State] Department of corrections who at all times mentioned in this complaints. held the of [position of guard] who very work for TDCJ that held any position Allowed Inmate to work as Slavery. was assigned to the Polunsk unit are in unit in [Texas].

7] each defendant issued individually And in his [or her] official capacity At all time mentioned in this complaint each defendant acted under color of State Law. Governor Greg Abbott. Attorney General Ken Paxton. TDCJ Director Stephen William-Broad Head person Parole _ _ _ _ _ _ _ _ _ x In the amount of $~~5~~ for each defendant. 5~~0,000,000~~ ~~50,000~~ [$25,000,000] [$225,000,000]

8] State in Detail all the facts that are the basis for your suit. You will want to include what happend, where, when, how, and who was there. Remember that the Judge may know very Little about prison. So be sure to explain the terms you use. Divide your description of the facts into separate short paragraphs in a way that makes sense - by time date or event. [Answer to 8]. Texas Governor And Texas Attorney General will Say. Due to a crime. one. comitts. Give Texas. The Rights To put A person in prison To have to work for Tex. as A slave Labor, how ever in 1865 and before Slave was freed. We all knows that slavery was the norm during colonial time. And to Sentence a person to prison And hard Labor was also A norm. In thoes day most people did not get cases over turn. are even had a chance to do so. _ _ _ _ _ _ _ In over days to day Due to cases being over turn, No one is A 100 perce guilty why. because of. The wildley misconduct of over ~~polic~~ publice servince. Judge D.A. policeman and women Lawyer. and Plea Bargane which is un fair. _ _ _ _ _ _ _ _ Also we know Tex doesnot have A Law To work as with out some kind of Comversation They have a Policy Not A Legal. Law in A Law book x.

9] You may want to include some facts that you do not know personally. It may be general prison knowledge or it may be Imformation givin to you by people who are not plaintiff in your Lawsuit. Its is ok, To include this ki of information, but you need to be sure that each time you give these kind of facts. you start the paragraph with the phrase. Upon information And belief, If you include such facts. you must have a good faith basis for believing them to be true.

2 of 6 pages

10) You can refer to document or official materials that you have attached at the back of your complaints. ~~list them~~ as exhibits in support of your complaint each document or group of documents should have its own letter exhibit A exhibit B etc.

11) ~~Plaintiff~~

### EXHAUSTION OF Legal Remedies [F]

11) Plaintiff [NAME] Larry Don Langs] used the prisoner grievance procedure available at [Name of institution= Polunsky unit] to try and solve the problem. On [date filed grievance, 2-12-16] Plaintiff [Name Larry Don Langs] presented the facts Relating to this complaint. On [date got Response] _ _ _ _ Plaints [Name Larry Don Langs] was sent a Response sayings that the grievance had been denied] _ _ _

On [date filed appeal] he/she appealed the denied of the grievance

### V. Legal Claims [G]

12) Plaintiff Reallege and incorporate by Reference Paragraphs 1-11 [or however many paragraphs the frist four section took]

13) The [state the violation, for example, beating. deliberate indifference to medical need. Unsafe condition, Sexual discrimination]. violated Plaintiff [Name of Plaintiff - Larry Don Langs]s Rights and ~~const~~ constituted [state the constitutional Right at issuse, for example cruel and unusual Punishment a due process violation] under the [state the number of the constitutional Amendment at issuse, Like eight are fourteeth] Amendment to the United State Con~~~~sititution, Article 30] State nothings in the Declaration may be interpreted as implying for any state, group are person any right to engage in any activity or to perform any act aimed at the destrution of any of the Rights and freedoms. Set forth herein] To allow TDCS and the Texas governor office and the attorney General offices to allow slavery in prison

is to brake the Laws. of the Constitution LAW. And the amendment LAW. as well is the TEXAS BROAD of PAROLE. who ~~Pass~~ Prosecuted The case that TDCJ worker write inmate for Not turn out for any Job that TDCJ UCC Dept giving out to mens in prison And the 11 Amendment. One should not be puish for not work as A Slave. Becaue their is not A 100 percent one is guilty of A crime Just because one is in prison (see) micheal marton. and many other inmate across the USA. Amendment XIII Pass by Congress 1-31-1865.

Neither slavery nor involuntray seritude, except as A punishment for crimes where of the party shall have been duly convicted shall exist within the US. or any place subject to their Jurisdiction. In 1865 it was the norm. to sentice a person to hard Labor. Their was no chance of a Retrail. Nor was ~~slaves~~ Likley to have a second chance To Justice. But in this day and time. The norm is to sentence A person To time in prison. In this day your punishment is to take away your freedom. Not to make you a slave for TDCJ so they can get Rich on your labor as they are doing in 2-12-16.

The Constitution [State Slavery in all of its froms is not Pro— In no from. So what is coming to prison working for nothing not Even courts coast no Child serport. TDCJ is charge with these constitutio Voilation Ammendment violation

14) The Plaintiff has no plain, adequate or complete Remedy at Law to Redress the wrong described herein Plaintiff has been And will continue to be irreparably injured by the conduct of the defendan Unless this court grants the declaratory and injunicitive Relief which plaintiff seeks. I Larry Don Langs. Has some grate fear for my life due to this law suit. Even from TDCJ work that i dont know. But i ask the courts. to put me in federal hand until this law ~~Su~~ Suit has been solve.

4 of 6 pages

Wherefore, Plaintiff Respectfully Pray that this court Enter Judgment granting Plaintiff: Safte and conversation

15] A declaration that the acts and omissions described herein violated Plaintiff Right and all Prison Rights under the constitution and Law of the United States

16] A Preliminary and Permanent injunction ordering defendants [Name defendant. Governor Greg abbout. Attroney General. Ken Paxton TDCJ Director Stephen William.] [State what it is you want the Defendant to do or stop doing=Answer. I want the governor Attroney Generarl head of TDCJ step william To close all TDCJ company that has @ Slave Ladori.That they want hire free world people to work for so we can do our time and want have to worry about getting Case are Cases. That would make us have to be in TDCL longer are be the bigger man that in frocm Slavery work on people who are already down and some out.

17] Compensatory damages in the amount of ~~$~~ 225,000,000 against each defendant, Jointly and severally.

18] Punitive damage in amount of $225,000,000 against each defendant.

19] A Jury trail on all issues triable by Jury

20] Plaintiff costs in this suit

21] any additional Relief this court deem Just

Proper and equitable Date

Respectfully Submitted [I]

Prisoner's Names And Address

Verification [J]

I have Read the forgoing Complaint And hereby verify that the matter alleged therein are true, except as to matter alleged on Information and belief, and as to thoes, I believe them to be true. I Certify under Penalty of Perjury that the foregoing is True and correct.

Executed At [City Livingston And state. Texas] on Date 5-4-16]

Signature = Larry Don Bangs #1688906
Type Name of Plaintiff